## PETER J. DESNOYERS *versus* WHITMORE KNAGGS, SURVIVING PARTNER OF DUNCAN REID & CO.

JOURNAL ENTRIES (1822–33): *Journal 3:* (1) Time for filing declaration extended *p. 360; (2) continued *p. 447; (3) attendance of witness proved *p. 460; (4) continued *p. 502; (5) continued, attendance of witnesses proved *p. 507. *Journal 4:* (6) Issue ordered sent to circuit court for trial MS p. 32; (7) attendance of witness proved MS p. 67; (8) issue ordered sent to circuit court MS p. 102; (9) motion for new trial argued, submitted MS p. 492; (10) motion for new trial overruled, motion in arrest of judgment MS p. 498; (11) motion in arrest argued, submitted MS p. 511; (12) motion in arrest overruled, remittitur filed, judgment MS p. 529.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of non assumpsit; (5–7) precipes for subpoenas; (8) subpoena; (9) certificate of attendance of witness; (10) precipe for subpoena; (11–12) subpoenas; (13) precipe for subpoena; (14) subpoena; (15) certificate of attendance of witness; (16) bill of costs; (17) precipe for subpoena; (18) subpoena; (19) affidavit for continuance; (20) affidavit of Horatio Conant; (21) precipe for transcript for circuit court; (22) receipt for cost of transcript; (23) certificate of attendance of witness; (24) form of verdict for plaintiff; (25) form of verdict for defendant; (26) receipt for witness fees; (27) receipt for sheriff's fees; (28–29) receipts

for fees; (30) receipt for witness fees; (31–32) certificates of attendance of witnesses; (33) receipt for fees; (34) return of trial in circuit court; (35) motion in arrest of judgment; (36) reasons in arrest of judgment; (37) bill of costs.

*1822–23 Calendar*, MS p. 74.